STATE OF NEW JERSEY v. JEANNE G. COLLYER.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CHONKA.

October 1, 1974. Petition for certification denied.

KEARNY POST OFFICE ASSOCIATES v.
TOWN OF KEARNY.

October 1, 1974. Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF M. K.

October 1, 1974. Petition for certification denied.

KENNETH W. DIGHT v. BD. OF TRUSTEES,
YOUTH CORRECTIONAL INSTITUTION COMPLEX.

October 1, 1974. Petition for certification denied.

PHILIP M. MC HUGH v. RICHARD K. GREENFIELD AND
BD. OF TRUSTEES OF MERCER COUNTY COMMUNITY
COLLEGE.

October 1, 1974. Petition for certification denied.